**FILED**

MAY 24 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 13-MJ-70401 MAG |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO CONTINUE ARRAIGNMENT |
| vs. ) | AND EXCLUDE TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| JOSE LUIS HERRERA-HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

Defendant JOSE LUIS HERRERA-HERNANDEZ and the United States hereby stipulate and mutually agree that the arraignment in the above-captioned matter, currently scheduled for Thursday, May 30, 2013, should be continued to Thursday, June 6, 2013, at 9:00 a.m., to permit the defense to review discovery produced by the United States and to permit the parties to explore the possibilities for a pre-indictment resolution.

Accordingly, the parties further stipulate that the time from April 15, 2013, through and including June 6, 2013, may be excluded from the computation of time within which an information or indictment shall be filed under the Speedy Trial Act, in order to ensure the reasonable time necessary for effective preparation as well as continuity of counsel, pursuant to

1  Title 18, United States Code Section 3161(b), (h)(7)(A), (h)(7)(B)(iv), as well as a mutual
2  stipulation to waive time for an indictment or preliminary hearing, pursuant to Rule 5.1 of the
3  Federal Rules of Criminal Procedure, up to and including June 6, 2013.
4      **IT IS SO STIPULATED.**
5  Dated: May 24, 2013

6                                  /s/
                               TIMOTHY LUCEY
7                                 Assistant United States Attorney

8  Dated: May 24, 2013

9                                  /s/
                               VARELL FULLER
10                                Assistant Federal Public Defender

11
12      **SO ORDERED.**
13  DATE: 5/24/13
14
15                                 HON. HOWARD R. LLOYD
                               United States Magistrate Judge