1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HERRERA-HERNANDEZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 | UNITED STATES OF AMERICA,        )  No. CR 13-00356-DLJ
                                      )
12 |         Plaintiff,                )  STIPULATION AND []
                                      )  ORDER CONTINUING SENTENCING
13 | vs.                               )  HEARING STATUS DATE TO
                                      )  DECEMBER 12, 2013
14 | JOSE LUIS HERRERA-HERNANDEZ,     )
                                      )
15 |         Defendant.                )
   |_____)
16

17                              **STIPULATION**

18      The parties, through their respective counsel, hereby stipulate and agree, subject to the

19 Court's approval, that the sentencing hearing status date set in this matter for Thursday,

20 November 14, 2013, at 9:00 a.m., be continued to Thursday, December 12, 2013 at 9:00 a.m.

21      Mr. Herrera-Hernandez has entered a plea pursuant to Rule 11(c)(1)(A) and 11(c)(1)(B)

22 of the Federal Rule of Criminal procedure to two counts of possession with intent to distribute

23 methamphetamine, in violation of 21 U.S.C. §§ 841 (a)(1), (b)(1)(B)(ii)(II), and possession with

24 intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii).  A sentencing

25 hearing status date is presently set in this matter for November 14, 2013. The parties respectfully

26 request the aforementioned status date be continued to December 12, 2013, to permit the parties

Stipulation and [] Order Continuing
Hearing                                        1

1  additional time to prepare.

2

3  Dated:  November 13, 2013

4  _____/s/_____
   VARELL L. FULLER
   Assistant Federal Public Defender

5

6  Dated:  November 13, 2013            _____/s/_____
                                         TIMOTHY J. LUCEY
7                                        Assistant United States Attorney

8

9                              **[] ORDER**

10         GOOD CAUSE APPEARING, and by stipulation of the parties, it is HEREBY

11  ORDERED that the sentencing hearing status date set for Thursday, November 14, 2013, at 9:00

12  a.m., is continued to Thursday, December 14, 2013, at 9:00 a.m.

13         IT IS SO ORDERED.

14  Dated:  FFDFHDFH                    _____
                                         THE HONORABLE D. LOWELL JENSEN
15                                       United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [] Order Continuing
Hearing                                         2