1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5054
7       Fax: (408) 535-5066
        E-Mail: Timothy.Lucey@usdoj.gov
8
9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 13 - 0356 DLJ |
|---|---|
| Plaintiff, | ) STIPULATION AND [ ORDER |
| v. | ) |
| JOSE LUIS HERRERA-HERNANDEZ, | ) |
| Defendant. | ) |

WHEREAS, defendant JOSE LUIS HERRERA HERNANDEZ is currently scheduled to be sentenced by this Court on Thursday, March 27, 2014, at 10:00 a.m.;

WHEREAS, the parties have now received defendant's Presentence Report from the United States Probation Office;

WHEREAS, the report contains information about the defendant's alleged criminal history that will require further investigation by the defense as well as discussions with the United States in regard to the sentencing of the defendant;

WHEREAS, the parties mutually request that the current sentencing date be vacated and the Court instead conduct a status hearing on **March 27, 2014, at 9:00 a.m.**, and furthermore, advise the

STIPULATION/ORDER
CR 13- 0356 DLJ                                       1

1  Court that the parties are in the process of preparing a joint status report that will be filed in advance of

2  the status hearing proposed for March 27, 2014; the report will summarize the outstanding issues

3  relative to sentencing and set forth a proposed timeline for the sentencing of the defendant;

4    THEREFORE, the parties hereby respectfully request that the sentencing of defendant JOSE

5  LUIS HERRERA HERNANDEZ be vacated and the matter instead reset for status hearing, to be

6  conducted before this Court on **March 27, 2014, at 9:00 a.m.**

7    **IT IS SO STIPULATED.**

9   Dated: March 20, 2014

              /s/
              TIMOTHY J. LUCEY
              Assistant United States Attorney

12  Dated: March 20, 2014

              /s/
              VARELL FULLER
              Assistant Federal Public Defender

16    **SO ORDERED.**

18  DATE:_____

              HON. D. LOWELL JENSEN
              United States District Court

STIPULATION/ORDER
CR 13- 0356 DLJ       2