STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant HERRERA-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00356-DLJ |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING STATUS DATE TO AUGUST 28, 2014 |
| vs. | |
| JOSE LUIS HERRERA-HERNANDEZ, | |
| Defendant. | |

**STIPULATION**

The parties, through their respective counsel, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing date set in this matter for Thursday, June 26, 2014, at 10:00 a.m., be continued to Thursday, August 28, 2014 at 10:00 a.m.

Mr. Herrera-Hernandez has entered a plea pursuant to Rule 11(c)(1)(A) and 11(c)(1)(B) of the Federal Rule of Criminal procedure to two counts of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841 (a)(1), and possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1).  A sentencing hearing date is presently set in this matter for June 26, 2014. The parties respectfully requests the sentencing hearing date be continued because defense counsel is unavailable and will be out of the district on June 26,

1  2014, attending a two week training seminar, and government counsel will be in trial from
2  approximately July 8, 2014, through potentially the second week in August.   United States
3  Probation is unopposed to the proposed continuance.  Accordingly, the parties respectfully
4  requests the sentencing hearing date be continued to August 28, 2014.
5       IT IS SO STIPULATED.

7  Dated:  June 12, 2014
8                                  _____/s/_____
                                VARELL L. FULLER
                                Assistant Federal Public Defender

10
11  Dated:  June 12, 2014                _____/s/_____
                                TIMOTHY J. LUCEY
                                Assistant United States Attorney

## [] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, it is HEREBY
ORDERED that the sentencing hearing status date set for Thursday, June 26, 2014 at 10:00 a.m.,
is continued to Thursday, August 28, 2014, at 10:00 a.m.

     IT IS SO ORDERED.

Dated:  Î₢Ï₢Ï                                _____
                                THE HONORABLE D. LOWELL JENSEN
                                United States District Court Judge